MALLISON & MARTINEZ
STAN S. MALLISON (SBN 184191)
  *StanM@Mallisonlaw.com*
HECTOR R. MARTINEZ (SBN 206336)
  *HectorM@TheMMLawFirm.com*
MARCO A. PALAU (SBN 242340)
  *MPalau@TheMMLawFirm.com*
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
DAVID A. ROSENFELD (SBN 058163)
  drosenfeld@unioncounsel.net
WILLIAM A. SOKOL (SBN 72740)
  bsokol@unioncounsel.net
EMILY P. RICH (SBN 168735)
  erich@unioncounsel.net
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
  jwesterman@milberg.com
SABRINA KIM (SBN 186242)
  skim@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Attorneys for Plaintiffs
FERNANDO RODRIGUEZ and
GUADALUPE HERRERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FERNANDO RODRIGUEZ and GUADALUPE HERRERA, on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFFS,<br><br>vs.<br><br>D.M. CAMP & SONS and DOES 1-20,<br><br>Defendants. | Case No. 1:09-cv-00700-AWI-SMS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER EXTENDING CASE DEADLINES** |

1

PDF created with pdfFactory trial version www.pdffactory.com

The parties in this case are engaged in discussions regarding mediation and have mutually agreed to a mediator.  Based upon the mediator's schedule, the parties expect to participate in a mediation session in January 2011.  However, certain key deadlines, including class certification discovery (12/30/10), expert disclosures (1/7/11) and expert discovery (2/18/11), are set to come up before the parties' mediation or soon thereafter.

Although the parties have engaged in formal discovery, they have not completed all class certification and expert discovery at this time. In light of the parties' plan to mediate the case and in an effort to avoid unnecessary costs, the parties request that all deadlines set forth in the scheduling order of March 24, 2010 be extended according to the proposed dates to allow the parties to mediate the case without the need of completing class certification and expert discovery by the current deadlines. The parties' proposed modification of the deadlines takes into account the staggered deadlines, including trial dates, in the related cases, which plaintiffs' counsel is currently litigating.

Therefore, the parties request modification of the deadlines as follows:

|  | Current | Extension |
| --- | --- | --- |
| Class Discovery Deadline: | 12/30/10 | at least 11/11/11 |
| Merit Discovery Deadline: | 4/8/11 | at least 4/6/12 |
| Expert Disclosure Deadline: | 1/7/11 | at least 10/7/2011 |
| Expert Discovery Deadline: | 2/18/11 | at least 11/01/2011 |
| Class Certification Filing Deadline: | 3/1/11 | at least 11/16/2011 |
| Non-Dispositive Motion Filing Deadline: | 4/1/11 | at least 4/16/2012 |
| Dispositive Motion Filing Deadline: | 4/29/11 | at least 1/13/2012 |
| Settlement Conference Date: | N/A | TBD |
| Pre-Trial Conference Date: | 7/29/11 | 04/16/2012 |
| Trial Date: | 9/13/11 | 5/21/2012 |

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  November 2, 2010          /s/ Hector R. Martinez
                                  HECTOR R. MARTINEZ
                                  MALLISON & MARTINEZ
                                  Attorneys for Plaintiffs

DATED:  November 2, 2010          /s/ Nicole Duckett
                                  NICOLE DUCKETT
                                  MILBERG LLP
                                  Attorneys for Plaintiffs

DATED:  November 2, 2010          /Emily P. Rich
                                  EMILY P. RICH
                                  WEINBERG, ROGER & ROSENFELD
                                  Attorneys for Plaintiffs

DATED:  November 2, 2010          /s/ Ron H. Barsamian
                                  RON H. BARSAMIAN
                                  BARSAMIAN & MOODY
                                  Attorneys for Defendant

3

PDF created with pdfFactory trial version www.pdffactory.com

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, the new case schedule is as follows:

| | |
|---|---|
| Class Discovery Deadline: | November 13, 2011 |
| Merit Discovery Deadline: | April 6, 2012 |
| Expert Disclosure Deadline: | October 7, 2011 |
| Expert Discovery Deadline: | November 1, 2011 |
| Class Certification Filing Deadline: | November 16, 2011 |
| Non-Dispositive Motion Filing Deadline: | December 12, 2011 |
| Dispositive Motion Filing Deadline: | January 17, 2012 |
| Settlement Conference Date: | TBD |
| Pre-Trial Conference Date: | April 13, 2012 at 8:30 a.m. before Judge Ishii |
| Trial Date: | June 5, 2012 at 8:30 a.m. before Judge Ishii |

IT IS SO ORDERED.

DATED:   November 15, 2010              /s/ Sandra M. Snyder
                                         United States Magistrate Judge

4

PDF created with pdfFactory trial version www.pdffactory.com