STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
DAVID A. ROSENFELD (SBN 058163)
  drosenfeld@unioncounsel.net
WILLIAM A. SOKOL (SBN 72740)
  bsokol@unioncounsel.net
EMILY P. RICH (SBN 168735)
  erich@unioncounsel.net
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
  jwesterman@milberg.com
SABRINA KIM (SBN 186242)
  skim@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Attorneys for Plaintiffs
FERNANDO RODRIGUEZ and
GUADALUPE HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FERNANDO RODRIGUEZ and GUADALUPE HERRERA, on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFFS,<br><br>vs.<br><br>D.M. CAMP & SONS and DOES 1-20,<br><br>Defendants. | Case No. 1:09-cv-00700-AWI-SMS<br><br>**CLASS ACTION**<br><br>**STIPULATION and PROPOSED ORDER Re: Trial and pre-trial dates** |

STIPULATION & PROPOSED ORDER RE: TRIAL AND PRE-TRIAL DATES

Pursuant to this Court's Order of May 21, 2012, these parties propose a pretrial conference date of Wednesday, November 20, 2013 at 8:30 a.m. and a Trial Date of January 20, 2014.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 14, 2012                                **MALLISON & MARTINEZ**

                                                    By: ___/s/ Stan Mallison_____
                                                         Stan Mallison
                                                         Attorneys for Plaintiffs

Dated: June 14, 2012                                **BARSAMIAN & MOODY**

                                                    By: _____/s/ Ron H. Barsamian __
                                                         Ron H. Barsamian
                                                         Attorneys for Defendant

STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT & TRIAL

**ORDER**

On May 21, 2012, the Court held a further scheduling order after the stay of the matter was lifted. At the time, counsel was unprepared to select trial and pretrial conference dates. (Doc. 33) Therefore, the Court required counsel to consult their calendars and select dates that were convenient to their calendars. Counsel have done so and have filed a stipulation setting forth proposed dates. However, the date proposed for trial, Janaury 20, 2014, is a court holiday.

Therefore, pursuant to the stipulation of the parties and good cause appearing, the Court hereby **ORDERS**:

1. The pretrial conference is set before Judge Ishii, on November 20, 2013 at 8:30 a.m., courtroom 2;
2. The trial is set before Judge Ishii on January 22, 2014 at 8:30 a.m., courtroom 2.

IT IS SO ORDERED.

Dated:   **June 15, 2012**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT & TRIAL