UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RODRIGUEZ, and GUADALUPE HERERRA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>D.M. CAMP & SONS and DOES 1-20,<br><br>Defendants. | Case No.: 1:09-cv-00700-AWI-JLT<br><br>ORDER GRANTING STIPULATION TO AMEND DEADLINES AND CONTINUING FINAL APPROVAL AND FAIRNESS HEARING<br><br>(Doc. 47) |

On February 12, 2013, the parties stipulated to extend deadlines and continue the Final Approval and Fairness Hearing. (Doc. 47). According to the parties, "Defendant[] has attempted to collect the necessary class data," and Plaintiffs assisted in the effort "in the interest of speeding the process." *Id.* at 47. However, Defendant faced "significant hurdles that were unanticipated, including the discovery of a large number of class members with very small (1 or 2 pay period) claims." *Id.* at 1-2. The parties estimate there are "approximately 900 class member[s] with de minimus claims" who were not identified previously. *Id.* at 2, n.1. Given the challenges faced by the parties in preparing the class data, they seek to amend the deadlines set forth previously by the Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Final Approval and Fairness Hearing is **CONTINUED** to **May 22, 2013** at 9:00 a.m. at the United States Courthouse located at 510 19th Street, Bakersfield, California;

2. The Settlement Administrator **SHALL** mail the approved Class Notice Packet on or before **March 11, 2013**;

3. Any Class Member who submits a timely and valid Claim Form on or before **April 24, 2013**, SHALL receive a settlement share;

4. A class member who wishes to be excluded from settlement shall postmark the Opt-Out Form no later than **April 24, 2013**;

5. Any objections to or comments on the Settlement Agreement must be filed with the Court and mailed to Class Counsel no later than **April 24, 2013**;

6. Class Members may appear at the hearing on **May 22, 2013**, in person or through his or her own attorney, to show cause why this Court should not approve the Settlement Agreement, or to object to the motion for attorneys' fees or class member representative enhancement award.  For comments or objections to be considered at the hearing, the Class Member must file comments with the Clerk of this Court indicating briefly the nature of the Class Member's comments, support, or objection; and

7. The Court reserves the right to vacate the Final Approval and Fairness Hearing if no comments or objections are filed with this Court on or before **April 24, 2013**; and

8. Plaintiffs **SHALL** amend the Class Notice Packet to reflect the dates set forth above.

IT IS SO ORDERED.

Dated:   **February 13, 2013**                **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE