# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RODRIGUEZ, and GUADALUPE HERERRA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>D.M. CAMP & SONS and DOES 1-20,<br><br>Defendants. | Case No.: 1:09-cv-00700-AWI-JLT<br><br>ORDER GRANTING STIPULATION SETTING FILING DEADLINE FOR THE PETITION FOR ATTORNEYS' FEES AND CLASS REPRESENTATIVE ENHANCEMENT AND MODIFYING THE CLAIM FORM<br><br>(Doc. 49) |

Pursuant to the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. Plaintiffs' petition for attorneys' fees and for class representative enhancement fee shall be filed no later than May 1, 2013.

2. The Claim Form shall be amended to omit the "Employee ID" line from the "Contact Information" and the "Months of Employment" shall altered to reflect the number of months worked rather than the employee's start date and end date.

///

///

///

1

3. Class Counsel shall arrange for a radio notification of the settlement in the Bakersfield area to notify as many class members as possible of the settlement.

IT IS SO ORDERED.

Dated:  **March 4, 2013**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE