1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RODRIGUEZ, and GUADALUPE HERERRA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>D.M. CAMP & SONS and DOES 1-20,<br><br>Defendant. | Case No.: 1:09-cv-00700-AWI-JLT<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION** |

I, MARY BUTLER, hereby declare:

1.  I am employed as a Case Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action.  Our Corporate Office address is 3176 Pullman Street, Suite 123, Costa Mesa, CA 92626. My telephone number is (714) 824-8590.  I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself.

2.  Simpluris is a Class Action Settlement Administration company located in Costa Mesa, California. It was founded by individuals who have each managed hundreds of settlements, along with professionals in the areas of Software Development, Third-Party Claims Administration, Mail-House Operations, and Call Center Support Management.

3.  Simpluris was engaged by Counsel for the Class Representatives ("Plaintiffs") and D.M. Camp & Sons, ("Defendants") (collectively the "Parties"), to provide settlement administration services in the *Rodriguez, et al. v. D.M. Camp & Sons* case ("Settlement").  Duties included: preparing, printing, and mailing the Class Notice Packet to all Class Members in both English and Spanish language; conducting a National Change of Address search on any Class Notice Packet returned by the U.S. Postal Service as non-deliverable, and re-mailing the Class Notice Packet to the Class Member's new address; receiving and reviewing for validity completed Claim Forms and Elections Not to Participate in Settlement; providing the Parties with weekly status reports about the delivery of Class Notice Packets and receipt of completed Claim Forms and Elections Not to Participate in Settlement; providing the parties with the received Claim Forms; calculating Settlement Shares; issuing the checks to effectuate the payments due under the Settlement; issuing the tax reports required under this Settlement; distributing any remaining funds as directed by the court; and otherwise administering the Settlement pursuant to this Agreement.

4.  A toll-free telephone number was included in the Class Notice for the purpose of allowing the Class Members to call Simpluris and to make inquiries regarding the Settlement.   The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement process.  Callers have the option to speak with a live call center representative during normal business hours or to leave a message and receive a return call during non-business hours.  The toll-free telephone number included in the Class Notice was (888)-511-1472.

5.	On January 1, 2013, Simpluris received the Court-approved Notice, Claim Form, and Exclusion Form ("Notice Packet") from Counsel. The Notice Packet advised Class Members of their right to submit a claim, opt out from the Settlement, object to the Settlement, and do nothing, and the implications of each such action. The Notice Packet advised Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Class Members could obtain additional information. A sample Notice Packet (in English and Spanish) is attached hereto as Exhibit "A".

6.	On February 25, 2013, Counsel for Defendant provided Simpluris with a mailing list ("Class List") containing Class Member names, social security numbers, last known addresses, and months worked during the class period. The Class List contained data for 1,722 Class Members.

7.	The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains requested changes of address filed with the U.S. Postal Service. In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Notice Packets.

8.	On March 11, 2013, Notice Packets were mailed to the 1,132 identified Class Members with addresses contained in the Class List via First Class mail. Simpluris was unable to mail to 590 Class Members on the class list because addresses and social security numbers were not available for these individuals.

9.	After the initial notice mailing, 5 individuals contacted Simpluris to request inclusion in the Settlement Class. Information regarding the self-identifying Class Member was forwarded to Defense Counsel for research. It was determined that 4 of those individuals should be included in the Settlement Class. A Notice Packet was mailed to each of the individuals.

10.	The U.S. Postal Service returned 381 Notice Packets to the Settlement Administrator. If a Class Member's Notice Packet was returned by the USPS as undeliverable and without a forwarding address, Simpluris performed an advanced address search (i.e. skip trace) on all of these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a current address. Through the advanced address searches, Simpluris was able to locate 197 updated addresses and Simpluris promptly mailed Notice Packets to

those updated addresses. Ultimately, 178 Notice Packets were undeliverable because Simpluris was unable to find a correct address.

11. On April 10, 2013, Simpluris mailed a reminder postcard in both English and Spanish to 1,044 Class Members who had not responded to the initial mailing, reminding such Class Members of their deadline to respond if they wanted to do so. A true and correct copy of the reminder postcard is attached hereto as Exhibit "B."

12. Simpluris was responsible for receipt of all Claim Forms. As of May 1, 2013, Simpluris has received claims from 171 Class Members from a total of 1,136 Class Members with addresses. The 171 valid claims represent 15.05% of the entire Settlement Class that contained addresses.

13. As of May 1, 2013, there are 171 Participating Class Members who will be paid their portion of the Net Settlement Amount, estimated to be $377,000.00. The *highest* Settlement Share to be paid is approximately $17,303.71 and the *average* Settlement Share to be paid is approximately $2,204.68, and the *lowest* Settlement Share to be paid is approximately $368.16.

14. As of May 1, 2013, Simpluris has received 1 valid request for exclusion from the Settlement.

15. As of May 1, 2013, Simpluris has not received any objections.

16. The most current weekly report dated May 1, 2013, is attached hereto as Exhibit "C".

17. With regard to Simpluris' invoice for services in connection with the Administration of the settlement, Simpluris' fees and costs are $23,000.00, which includes all work to conclude Simpluris' duties and responsibilities pursuant to the settlement, mailing of settlement payment checks, and answer class member questions, and the like.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 1, 2013 in Frisco, Texas.

_____
Mary Butler