UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RODRIGUEZ, and GUADALUPE HERERRA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>D.M. CAMP & SONS,<br><br>Defendant. | Case No.: 1:09-cv-00700 - AWI - JLT<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT<br><br>(Docs. 52, 60)<br><br>ORDER DISMISSING THE ACTION WITH PREJUDICE |

Fernando Rodriguez and Guadalupe Herrera ("Plaintiffs") request final approval of a class settlement. (Doc. 52). Defendant D.M. Camp & Sons did not oppose the motion. On May 15, 2013, the Magistrate Judge recommended final approval of the settlement be granted. (Doc. 60).

The parties were granted fourteen days, or until May 29, 2013, to file any objections to the Findings and Recommendations, but none were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis. The settlement agreement is fair, adequate, and reasonable.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations issued May 15, 2013 (Doc. 60) are **ADOPTED**;

1

2. Plaintiffs' motion for final approval of the Settlement Agreement is **GRANTED**;

3. Plaintiffs' request for certification of the Settlement Class is **GRANTED** and defined as follows:

> All nonexempt field workers who have been employed or jointly employed by Defendant and any Farm Labor Contractor utilized on land owned by Defendant and as regular non-exempt grape worker agricultural employees between 2001 and 2006.

4. All Class Members who submitted a valid Claim Form pursuant to the procedures outlined in the Notice **SHALL** receive a settlement share;

5. Plaintiffs' request for incentive payments to Class Representatives Fernando Rodriguez and Guadalupe Herrera is **GRANTED** in the amount of $7,500 each;

6. Class Counsel's motion for attorneys fees in the amount of $202,250, which is 30% of the gross settlement amount, is **GRANTED**;

7. Class Counsel's request for costs in the amount of $15,000 is **GRANTED**;

8. The request for fees for the Settlement Administrator Simpluris in the amount of $23,000 is **GRANTED**;

9. The California Labor Code Private Attorney General Act payment to the State of California in the amount of $15,000 is **APPROVED**;

10. The action is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and attorneys' fees except as otherwise provided by the Settlement and ordered by the Court; and

11. The Court hereby retains jurisdiction to consider any further applications arising out of or in connection with the Settlement.

IT IS SO ORDERED.

Dated:   May 31, 2013                         _____
                                              SENIOR  DISTRICT  JUDGE